

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ANN CARLTON, | ) Case No. CV 17-6244-AB (JPR) |
| Plaintiff, | ) **J U D G M E N T** |
| v. | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, it is hereby ADJUDGED THAT (1) Plaintiff's motion for judgment on the pleadings is GRANTED; (2) the Commissioner's request for judgment on the pleadings is DENIED; and (3) judgment is entered remanding the matter for further administrative action consistent with the Report and Recommendation of U.S. Magistrate Judge.

DATED: 12/27/18

ANDRÉ BIROTTE JR.
U.S. DISTRICT JUDGE